IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SPEECH TRANSCRIPTION, LLC<br><br>Plaintiff<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendants | Case No. 6:23-cv-00376-AM<br><br>JURY TRIAL DEMANDED |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Speech Transcription, LLC ("Plaintiff") and Defendant Cisco Systems, Inc. ("Defendant") hereby move for an order dismissing all claims in this action WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party is to bear its own costs, expenses, and attorneys' fees.

Dated:  August 22, 2023

/s/ *René A. Vazquez*
René A. Vazquez
Virginia Bar No. 41988
rvazquez@ghiplaw.com
Randall T. Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com

**GARTEISER HONEA PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Tel: (888) 908-4400

**ATTORNEYS FOR PLAINTIFF**
**SPEECH TRANSCRIPTION, LLC**

/s/ *Krishnan Padmanabha*
Krishnan Padmanabha
kpadmanabhan@winston.com
California Bar No. 254220
**WINSTON & STRAWN**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

**ATTORNEYS FOR DEFENDANT**
**CISCO SYSTEMS, INC.**

3

## CERTIFICATE OF SERVICE

    The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this the 22nd day of August, 2023.

                                            */s/ René A. Vazquez*
                                            René A. Vazquez