IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SPEECH TRANSCRIPTION, LLC<br><br>Plaintiff<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendants | Case No. 6:23-cv-00376-AM<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted by Plaintiff Speech Transcription, LLC ("Plaintiff") in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

_____
UNITED STATES DISTRICT JUDGE